IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| CLIFFORD DAN TAYLOR | : | NO. 15-52444-AEC |
| | : | |
| Debtor | : | CHAPTER 7 |
| | : | |

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF PROFESSIONALS
ON A GENERAL RETAINER BASIS**

COMES NOW WALTER W. KELLEY and respectfully represents:

-1-

Applicant heretofore has been appointed Trustee in the above-captioned case and has qualified and is now acting Trustee.

-2-

Applicant wishes to employ the law firm of Kelley, Lovett, & Blakey, P.C. as attorney for the Trustee. The law firm of Kelley, Lovett, & Blakey, P.C. is comprised of Walter W. Kelley, Thomas D. Lovett, F. Anthony Blakey, Shanna C. Aderhold, David S. Ballard and Alex D. Sanders who are admitted to practice in this Court.

-3-

The firm's mailing address and phone number is: P.O. Box 70879, Albany, Georgia 31707; (229) 888-9128.

-4-

Applicant has selected the law firm of Kelley, Lovett & Blakey, P.C. because the firm has had considerable experience in matters of this character, and the applicant believes that the law firm of Kelley, Lovett & Blakey, P.C. is qualified to represent him in this proceeding.

-5-

The professional services which Kelley, Lovett, & Blakey, P.C. may provide include, but are not limited to the following in their representation of the Trustee:

(a)   To examine and avoid transfers of property and other possible causes of action under 11 U.S.C. §544, §547, §548, §549 and/or 550 or under any other state or federal law that may apply in this case;

(b)   To assist the Trustee in his investigation of the financial affairs of the Debtor(s), investigate possible liquidation of property and investigate all other matters, actions or other interests of the Trustee in administering this case, including but not limited to those assets, causes of action or the areas of interest to the Trustee identified in the attached Form 1.

(c) To provide legal assistance to the Trustee in performing his duties for this case, including all duties and obligations of the Trustee at 11 U.S.C. 704 and all requirements established by the United States Trustee.

-6-

To the best of applicant's knowledge, said professionals represent no other entity in connection with this case, is a disinterested person as that term is defined in 11 U.S.C. §101(14) and does not represent or hold any interest adverse to the estate.

-7-

Kelley, Lovett & Blakey, P.C. has agreed to represent the Trustee on a general retainer basis, together with any reasonable out-of-pocket expenses incurred. There appears to be funds from which to pay said attorneys on an hourly rate basis, to-wit: $325.00 per hour as to Walter Kelley, $325.00 per hour as to Thomas D. Lovett, $250.00 per hour as to F. Anthony Blakey, $200.00 per hour as to Shanna C. Aderhold, $200.00 per hour as to David S. Ballard and $225.00 per hours as to Alex D. Sanders. If approved, the attorneys for the Trustee will apply for compensation to be approved by the Court at the appropriate time.

**WHEREFORE**, applicant prays that he be authorized to employ the law firm of Kelley, Lovett, & Blakey, P.C., to represent him on the terms described above and for such other and further relief as is just and fair.

Respectfully submitted,

/s/ Walter W. Kelley
WALTER W. KELLEY,
Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 15-52444-AEC | Trustee Name: | Walter W. Kelley |
|---|---|---|---|
| Case Name: | TAYLOR, CLIFFORD DAN | Date Filed (f) or Converted (c): | 10/22/2015 (f) |
| For the Period Ending: | 1/9/2016 | §341(a) Meeting Date: | 11/25/2015 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Direct Express Debit Card - prepaid card | $500.00 | $0.00 | | $0.00 | FA |
| 2  Miscellaneous Personal Property | $1,000.00 | $0.00 | | $0.00 | FA |
| 3  2001 Buick Lesabre Custom | $1,500.00 | $0.00 | | $0.00 | FA |
| 4  121 E. Shellcracker Road, Jesup, GA, (Lot 11, Block L, Rondanne Subvision - Altamaha Acres) (u) | $0.00 | $10,000.00 | | $0.00 | $10,000.00 |

TOTALS (Excluding unknown value)

| | $3,000.00 | $10,000.00 | | $0.00 | $10,000.00 |

Gross Value of Remaining Assets

**Major Activities affecting case closing:**
12/28/2015    4. Undisclosed interest in 121 E. Shellcracker Road, Jesup, Ga.

Initial Projected Date Of Final Report (TFR):    12/14/2017
Current Projected Date Of Final Report (TFR):   12/14/2017

/s/ WALTER W. KELLEY
WALTER W. KELLEY

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| CLIFFORD DAN TAYLOR | : | NO. 15-52444-AEC |
| | : | |
| Debtor | : | CHAPTER 7 |
| | : | |

## DECLARATION

I, WALTER W. KELLEY, hereby declare:

(1)    That I am an attorney duly admitted to practice before all Courts of the State of Georgia, and this Court, the Court of Appeals for the Eleventh Circuit and the United States Supreme Court.

(2)    I am a member of the law firm of Kelley, Lovett, & Blakey, P.C.

(3)    The law firm of Kelley, Lovett, & Blakey, P.C. has experience in bankruptcy, insolvency, reorganization, and debtor/creditor law. Said firm is qualified to represent the Trustee, and is will accept employment on the basis in the Application for Approval of Employment of Attorney.

(4)    Kelley, Lovett, & Blakey, P.C. holds no interest adverse to the above-entitled estate, and is a disinterested party as defined in 11 U.S.C. §101(14).

(5)    To the best of my knowledge, neither I nor any member of my firm have any connections with the debtor, the creditors, any other interested party, their attorneys, accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows: **Mr. Kelley serves on the Panel of Chapter 7 Trustees in the Middle District of Georgia. Mr. Kelley also serves as the Standing Chapter 12 Trustee for the Middle District of Georgia (1986) and for the Northern District of Florida (1990-2015).**

(6) I declare under penalty of perjury that the foregoing is true and correct.

This 9 day of January, 2016.

/s/ Walter W. Kelley
WALTER W. KELLEY, Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| CLIFFORD DAN TAYLOR | : | NO. 15-52444-AEC |
| | : | |
| Debtor | : | CHAPTER 7 |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that the following parties have been served with the Application for Approval of Employment of Attorney On A General Retainer Basis. Those not served by electronic means by the court's electronic filing system were served by either e-mail or by United States Mail.

CLIFFORD DAN TAYLOR
363 RIVER NORTH BOULEVARD
MACON, GA 31211

NEAL WEINBERG
ATTORNEY FOR DEBTOR
nealweinbergatty@bellsouth.net

ELIZABETH A. HARDY
ASST. U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

This 9 day of January, 2016

/s/ Walter W. Kelley
WALTER W. KELLEY
Kelley, Lovett, & Blakey, P.C
P.O. Box 70879
Albany, GA 31708
(229) 888-9128